# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only

| Receipt | 240512 |
|---|---|
| Trans | 146950 |

Received From: **KELLY KAILIEHU**

Case Number:

Reference Number: **CV 02-577HG**

| | Check | 3.36 |
|---|---|---|
| | Total | 3.36 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 3.36 |
| | | **Total** | **3.36** |
| | | Tend | 3.36 |
| | | Due | 0.00 |

08/13/2007 04:04:40 PM        Deputy Clerk:   et/LG