AO83

# Customer Copy

Receipt for Payment

## U.S. District Court - Hawaii

| For Internal Use Only | |
|---|---|
| Receipt | **240512** |
| Trans | 146950 |

Received From:     **KELLY KAILIEHU**

Case Number:

Reference Number:     **CV 02-577HG**     *01-800*

| | | |
|---|---|---|
| Check | | 3.36 |
| Total | | 3.36 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 3.36 |

*1.68*

| | |
|---|---|
| **Total** | 3.36 |
| Tend | 3.36 |
| Due | 0.00 |

*ea .*

08/13/2007 04:04:39 PM          Deputy Clerk: et/LG