AO83

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only

| | |
|---|---|
| Receipt | 240522 |
| Trans | 146960 |

Received From:   **KELLY KAILIEHU**
Case Number:
Reference Number:   **CV 02-577HG**

|  | | |
|---|---|---|
| Check | | 15.00 |
| Total | | 15.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 15.00 |
| | | **Total** | **15.00** |
| | | Tend | 15.00 |
| | | Due | 0.00 |

08/13/2007 04:09:28 PM     Deputy Clerk: et/LG     _____