# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 240526 |
|---|---|
| Trans | 146964 |

Received From: **KELLY KAILIEHU**
Case Number:
Reference Number: **CV 02-577HG**

| | Check | 3.50 |
|---|---|---|
| | Total | 3.50 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 3.50 |
| | | **Total** | **3.50** |
| | | Tend | 3.50 |
| | | Due | 0.00 |

08/13/2007 04:11:33 PM        Deputy Clerk: et/LG