# Court Copy

Receipt for Payment
## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | 242140 |
| Trans | 149124 |

Received From:   **KELLY KAILIEHU**
Case Number:
Reference Number:   CV 02-577HG

```
                                  Check            12.00
                                  ─────────────────────
                                  Total            12.00
```

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 12.00 |
| | | **Total** | **12.00** |
| | | Tend | 12.00 |
| | | Due | 0.00 |

01/07/2008 03:54:50 PM     Deputy Clerk:  et/LG     _____