# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 242196 |
|---|---|
| Trans | 149192 |

Received From: **KELLY KAILIEHU**
Case Number:
Reference Number:   CV 07-577HG

|  | Check | 20.00 |
|---|---|---|
|  | Total | 20.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 20.00 |
|  |  | **Total** | **20.00** |
|  |  | Tend | 20.00 |
|  |  | Due | 0.00 |

01/09/2008 03:13:54 PM         Deputy Clerk:  et/LG