AO83

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 242275 |
|---|---|
| Trans | 149294 |

Received From: **KELLY KAILIEHU**
Case Number:
Reference Number: CV 02-577HG

|  | Check | 64.38 |
|---|---|---|
|  | Total | 64.38 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 64.38 |
|  |  | **Total** | **64.38** |
|  |  | Tend | 64.38 |
|  |  | Due | 0.00 |

01/15/2008 03:05:22 PM        Deputy Clerk: et/LG