# Customer Copy

Receipt for Payment

## U.S. District Court - Hawaii

| For Internal Use Only | |
|---|---|
| Receipt | 242980 |
| Trans | 150277 |

Received From: **KELLY KAILIEHU**
Case Number:
Reference Number: CV 02-577 HG-KSC

|  |  |
|---|---|
| Check | 14.92 |
| Total | 14.92 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 14.92 |

| | |
|---|---|
| **Total** | **14.92** |
| Tend | 14.92 |
| Due | 0.00 |

03/20/2008 01:18:24 PM        Deputy Clerk: verna/VC