# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 244030 |
|---|---|
| Trans | 151733 |

Received From: **KELLY KAILIEHU**

Case Number:

Reference Number: CV -03- 577  *02  HG-KSC*

| | | |
|---|---|---|
| Check | | 7.64 |
| Total | | 7.64 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 7.64 |
| | | **Total** | **7.64** |
| | | Tend | 7.64 |
| | | Due | 0.00 |

06/19/2008 03:06:42 PM        Deputy Clerk:  ag/AG