# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | 244280 |
| Trans | 152067 |

Received From: **KELLY KAILIEHU**
Case Number:
Reference Number: **CV 02-577HG**

|  | | |
|---|---|---|
| Check | | 3.05 |
| Total | | 3.05 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 3.05 |
| | | **Total** | **3.05** |
| | | Tend | 3.05 |
| | | Due | 0.00 |

07/14/2008 03:03:18 PM        Deputy Clerk: dt/DT